# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

MATTHEW CORBETT LAWRENCE                         PLAINTIFF
#795861

V.                         No. 3:23-CV-101-DPM-JTR

KEITH BOWERS, Jail Administrator,
Craighead County; MARTY BOYD,
Sheriff, Craighead County; and
HANNAH CARTER, Head Nurse,
Turnkey/Craighead County Detention Center                    DEFENDANTS

## ORDER

Pending before the Court is Plaintiff Matthew Corbett Lawrence's Motion to Extend Time. *Doc. 5*. Lawrence states that he has recently been transferred to the Greene County Detention Center ("GCDC") and has yet to receive access to his property, which contains all the legal paperwork he needs to file an Amended Complaint. *Id.* He asks for an additional thirty (30) days to file his Amended Complaint and that GCDC be directed to "give [him] [his] legal work." *Id.*

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to update Lawrence's mailing address to the Greene County Detention Center, 1809 N. Rockingchair Rd., Paragould, Arkansas 72450.

2. Lawrence's Motion to Extend (*Doc. 5*) is GRANTED, in part. Lawrence's time to file an Amended Complaint is extended to, and including, **July**

**3, 2023**. If Lawrence does not receive access to his legal paperwork by June 20, 2023, he may file a notice so stating, and the Court will reconsider his request to direct GCDC to "give him his legal work" at that time.

IT IS SO ORDERED this 6th day of June, 2023.

_____
UNITED STATES MAGISTRATE JUDGE