UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MATTHEW CORBETT LAWRENCE                                              PLAINTIFF

V.                          No. 3:23-CV-101-DPM-JTR

KEITH BOWERS, Jail Administrator,
Craighead County; MARTY BOYD,
Sheriff, Craighead County; and
HANNAH CARTER, Head Nurse,
Turnkey/Craighead County Detention Center                             DEFENDANTS

## ORDER

Plaintiff Matthew Corbett Lawrence's second Motion to Extend Time (*Doc. 8*) is GRANTED. Lawrence's time to file an Amended Complaint is extended to, and including, **August 2, 2023**.

IT IS SO ORDERED this 6th day of July, 2023.

_____
UNITED STATES MAGISTRATE JUDGE