AMENDED

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

2023 AUG -3  A 9 52

TAMMY H DOWNS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
Little Rock    **DIVISION**

CASE NO. 3:23-cv-00101-DPM-JTR

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 0 3 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

**Jury Trial:** ☑ **Yes** ☐ **No**
**(Check One)**

I.    Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: Matthew Corbett Lawrence
ADC # 0036791

Address: 1809 North RockingChair Road Paragould, AR 72450

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: Keith Bowers

Position: Jail Administrator

Place of employment: Craighead County Detention Center

Address: 901 Willett Rd. Jonesboro, AR 72401

Name of defendant: Marty Boyd

Position: Craighead County Sheriff

-4-

Place of employment: Craighead County Sheriffs office

Address: 901 Willett Rd. Jonesboro, AR 72401

Name of defendant: Hannah Carter

Position: Head Nurse

Place of employment: Turnkey / Craighead County Detention Center

Address: 901 Willett Rd. Jonesboro, AR

Name of defendant: Officer Creshman (first name unknown)

Position: Correctional officer

Place of employment: Craighead County Detention Center

Address: 901 Willett Rd. Jonesboro, AR 72401

II.    Are you suing the defendants in:

☐    official capacity only
☐    personal capacity only
☑    both official and personal capacity

III.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___    No ✓

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐    Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

☐    Court (if federal court, name the district; if state court, name the county):

_____

☐    Docket Number: _____

☐    Name of judge to whom case was assigned: _____

☐    Disposition: (for example: Was the case dismissed?  Was it appealed?
Is it still pending?) _____

☐    Approximate date of filing lawsuit: _____

☐    Approximate date of disposition: _____

IV.   Place of present confinement: _Greene County Detention Center_
_1809 N. Rockingchair Rd. Paragould, AR 72450_

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

   _✓_  in jail and still awaiting trial on pending criminal charges

   _____ serving a sentence as a result of a judgment of conviction

   _____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion
of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a
prisoner grievance procedure in the Arkansas Department of Correction, and in several county
jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in
this complaint may result in the dismissal without prejudice of all the claims raised in this
complaint.

A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _✓_   No _____

B.   Did you completely exhaust the grievance(s) by appealing to all levels within the
grievance procedure?

Yes X    No ____

If not, why? _____

_____

VII.    Statement of claim

State here (as briefly as possible) the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On January 18, 2023, while detained at the Craighead County Jail and while being a pretrial detainee, I was assaulted by several inmates. As a result from the assault, I suffered a broken right wrist. I immediately knew my wrist was broken because I could not move my fingers or hand and I felt a tremendous amount of pain. Both my wrist and hand were exaggeratedly swollen and had a deep purple coloration. Immediately after the assault, I approached detention officer Courtney in regards to my painful wrist and when he seen my wrist

1 of 14

(see attachment for Continuance)

# Attachment

(Continues)

he made the comment that "To him it looked broken." The officer immediately took me to the Craighead County Nurse's station and I was evaluated by nurse Emily. As soon as nurse Emily seen my wrist she said she was going to order "In house X-rays" and immediately provided me with four (4) Ibuprofen and an ice pack for the pain and swelling. Approximately thirty (30) minutes later X-rays were performed by a X-ray Technician. As the X-rays were being performed, officer Courtney and nurse Emily made comments that my wrist was more than likely broken. When the X-rays were completed the X-ray technician comfirmed that my wrist was in-fact broken. At that point, I was told that I would be going to the hospital to see a doctor. I was sent back to my housing unit for approximately an hour and, thereafter, was called to booking, shackled, and taken to the St. Bernards Medical Center. While at the hospital, X-rays were performed again.

2 of 14

It was again confirmed that I suffered from a broken wrist. A temporary cast was placed on my right wrist and arm. Instructions and Restrictions as treatment were also provided. See: (Exhibit #1: Patient Visit Information pages 1-2 And Wrist Fracture In Adults pages 1-4). None of the treatment instructions cited in the Patient Visit Information and that were ordered by the St. Bernards Medical Center's Doctors were followed or performed by the Craighead County Jail staff or medical department other than the administering of 600 mg of Ibuprofen. However, this medication of Ibuprofen was supposed to be given to me three (3) times a day, as ordered by the doctors of the St. Bernards Medical Center. The Craighead County Jail medical department only provided 600 mg of Ibuprofen twice (2) a day. My family bought extra packages of Ibuprofen through the inmate commisarry in order to help me with the pain. It was instructed by Dr. Brackett for me to be brought back to the

3 of 14

ED (Emergency Department) on 1-20-2023 which was two (2) days after the initial ED visit. Both the Jail and medical department completely and purposely failed in securing my presence for the follow up at the ED of the St. Bernards medical center. When I seen that I was not taken to the Hospital on January 20, 2023 AS instructed, I submitted several "Medical Requests/Grievances" explaining my continued pain and that I was supposed to be taken back to the Hospital. The response I would get back from "medical staff" is that "I had an appointment coming soon." Approximately, Five (5) weeks later I was taken to the Clopton Clinic to see Dr. Brackett, the Orthopedic surgeon, and she asked me, "Why did I not come two(2) days after I was treated at the Hospital?" I explained that the Jail would not bring me. She explained that, had I been brought back two(2) days after being treated at the Hospital, she could have easily

performed a surgical procedure to correct the broken right wrist. The reason why I had to wait two (2) days was so that the swelling could subside in order to perform the surgical procedure. Dr. Brackett also explained that, now, since so much time has passed, A more complex surgical procedure would have to be performed in order to correct the right broken wrist because the bone and cartlige has started to regrow and the bone has bonded. In order to correct the right wrist, Dr. Brackett explained, that she would have to rebreak my right wrist and perform a surgical procedure where A metal plate with screws would be placed in my hand and wrist. Dr. Brackett also Indicated that she was concerned that the Jail failed to follow her instructions and that she was going to order that twelve (12) weeks of physical therapy be performed on my wrist. These physical therapy instructions ordered by Dr. Brackett were also ignored

as well. I also submitted a "Medical Request/ grievance" in regards to the failure to provide the instructed physical therapy. The response I recieved was that I was ordered "self treatment excercises." I knew for a fact, however, that twelve (12) weeks of physical therapy was ordered by Dr. Brackett because she verbally informed me and I seen the written treatment order that was provided to the Craighead County medical staff.

    I was forced to endure tremendous extreme pain from fractures in two (2) Areas of my wrist and the pain medication prescribed by the hospital and that was not properly followed by the Jail Medical staff did not help ease the pain. In addition, The splint and prescribed medication was a short term "temporary treatment" for the fractures and swelling until I was to see the Doctor in two (2) days. The discharge instructions also instructed that if the pain got worse or the pain did not get better after taking the

prescribed pain medication that I was to return to the Emergency Department. I also submitted A "medical Request/grievance" regarding the pain I was still having to endure. At the time, I could not sleep at night and being right handed, I could not properly attend to normal every day living chores, or activities such as using the restroom, making coffee, writing a letter, Ect... Right now, it has been six (6) months since the incident and I still feel extreme to mild pain and discomfort when doing every day living activities. When I finally get operated on to correct my wrist the orthopedic surgeon will have to rebreak my wrist and place plates and screws in my wrist. This procedure will, again, cause for me to not be able to engage in normal every day activities and, again, cause extreme pain.

Jail Administrator Keith Bowers and Head Nurse Hannah Carter knew that I had a serious medical need and purposely failed

to secure my presence at the Hospital's ED
two (2) days later on 1-20-2023 as
instructed by Dr. Brackett and Dr. Frego. The
Craighead County Administration and/or
medical staff base their decisions on inmates
serious medical needs on the Jails financial
availability instead of actual medical needs of
an inmate. During medication call, I would
complain to Head nurse Hannah Carter
about needing to see the Doctor because
of my broken wrist and severe pain and
she acted indifferent stating, "If the Jail
attended to all the inmates medical conditions
at the Hospital then the Jail would go
broke." In addition, officer Courtney is
employed at the Craighead County Jail and
it was rumored that he worked for
the U.S. Marshalls service in some
capacity as well. After the broken wrist
incident and the failure of the Jail to
bring me to the ED in two (2) days
I had asked officer Courtney about the
realistic possibility of me getting the
surgery I needed to correct my broken
wrist. He explained that because I had

8 of 14

a Federal Hold and probably am going into Federal custody that the Jail is most likely going to wait until I went into Federal custody and let the Marshalls pay for the surgery. He also said that, "This Jail is not going to do anything for you if they do not have to." A similar situation happened to another pretrial detainee by the name of River Diamondstone Glasgow who arrived at the Jail with a clearly obvious broken finger that he suffered from his arrest. Mr. Glasgow filed several grievances and submitted several medical requests regarding this serious medical need all to no avail. It was not until Mr. Glasgow threaten to file a Federal lawsuit that the Jail finally attended to his serious medical need several months later causing his finger to be disfigured and unable to function properly, and causing him to endure severe pain for an extended period of time. Furthermore, the Jail knew for approximately three (3) months

that my court date was May 15, 2023, and the Jail scheduled or allowed the Clinic to schedule my doctors appointment on the same day as my court date of May 15, 2023. The Jail staff and/or medical staff have access to court dates, attorney visit dates, and other schedulings in order to avoid conflicts in schedulings. On May 15, 2023, at approximately 9:30 AM, I was brought to medical by officer Creshman and the Jail Administrator, Keith Bowers, Head Nurse, Hannah Carter, and officer Carter were present. This entire time that I was enduring my broken wrist with pain, not once did I see the Jail Administrator until this particular day. While I waited in the hallway with officer Carter (Husband of Head Nurse Hannah Carter), Officer Creshman went into the Medical department. The door was wide open to the Medical department and I could visibly see and audibly hear the dialogue that transpired between officer Creshman and the Jail Administrator, Keith Bowers, and Head Nurse, Hannah Carter. Officer

Creshman stated, "Here's Lawrence."
Head nurse, Hannah Carter, then stated, "Ask
him if he wants to go to the doctor or
go to court." Officer Creshman then came
and asked me if I wanted to go to
court or to the Doctor. I explained that
I wanted to go to court because my
charges were going to get dismissed
and if I missed court it would get a
three (3) to six (6) months continuance.
(I wanted to go into federal Custody
as soon as possible in order to have
my pain a broken wrist properly attended
to because the Craighead County Jail
was not getting anything done). Officer
Creshman went back into the medical
department and repeated what I had
explained to him to both Jail Administrator
Keith Bowers and Head nurse Hannah
Carter. At that point, Jail Administrator,
Keith Bowers, said, "Have them sign
this refusal." Officer Creshman then
brought me the refusal form and I told
him that I was not refusing to go
to the doctor. He then again insisted

11   of 14

that I sign the refusal form and I again and again stated that I am not refusing and that I do not know why they scheduled me to see the Doctor on the same day as my court date in the first place. I also stated that they need to reschedule my doctors appointment because I am not refusing. After this dialogue between officer Creshman and myself officer Corker then told me to, "Come On," directing me to follow him back to my housing unit. Then two (2) days later I was taken to Greene County Detention Center under Federal Custody. Sheriff Marty Boyd is responsible for the care, security, wellfare, and custody of all inmates housed at the Craighead County Jail. His failure to properly train his officers and/or medical staff in regards to providing medical assistance to inmates serious medical needs once prescribed by a doctor contributed to my pain, suffering, depressed mental state, and current disabilities. For nearly fifty (50) years

this Constitutional medical right has been established in Estelle v. Gamble, 429 U.S. 97, 104-105 (1976) ("Intentionally interfering with treatment once proscribed"). Therefore, sheriff Marty Boyd Knew or should have Known of this long standing and well established constitutional medical right and should have properly trained his officers and/or medical staff of these inmate rights.

I ask that all video footage from the Jail cameras on the dates and times described, all medical documents and medical entries, and all medical requests and grievances from both Mr. River Diamondstone Glasgow and myself be preserved for future discovery purposes as indicated in Fed. R. Civ. P. 26 and 34.

This is a "General Summary" of the facts as they occurred from my state of mind and standpoint. I also want to be clear, I am not educated in the field of law and I "could not" have amended this complaint or

13 of 14

explained these facts without the help of a fellow inmate. For this reason I ask that counsel be appointed in the interest of justice.

I do hereby solemnly swear and certify under the penalties of perjury and pursuant to 28 U.S.C. Section 1746 that the above Foregoing statement of facts are true and correct to the best of my Knowledge.

Signed on this 26th day of July 2023.

Matthew C. Lawrence

I, Matthew C. Lawrence, ask that my pro-se pleadings be liberally construed and not held to the same standards as those pleadings drafted by a licensed attorney. Haines v. Kerner, 404 U.S. 579- 521- 21 (1972)

14 of 14

VIII.   Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

1.) I ask that my broken wrist injury be surgically corrected and that any and all past, present, and future medical fees derived from my wrist injury be paid for by the defendants; 2.) I wish to 'be awarded' a reasonable fee for nominal, compensatory, and punitive damages.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 26th day of __July__ , 20 23 .

Signature(s) of plaintiff(s)

- 8 -

# EXHIBIT #1

Patient visit Information
pages 1-2 and wrist
Fracture In Adults pages 1-4

# EXHIBIT #1

Page 1 of 2

St. Bernards Medical Center
225 E Washington  870-207-4100
Jonesboro, AR 72401

```
        Patient:  MATTHEW C LAWRENCE
       Acct Num:  SV0204221360
    Med Rec Num:  SM07115103
       Location:  EMERGENCY DEPARTMENT
Primary Provider:  FREGO,JONATHAN
           Date:  01/18/23
```

# Patient Visit Information

## You were seen today for:

Right radial head fracture
Fracture of right ulnar styloid
History of conscious sedation

## Your caregivers today were:

**Primary Provider:** JONATHAN FREGO , MD
**Midlevel Provider:** ANDREW R SMITH , APN
**Nurse:** CDR

## Patient Instructions:

Received with this packet on 01/19/23 at 01:30
General Discharge Instructions
How to Use a Sling
Procedural Sedation
R.I.C.E. Treatment
Splint Care
Wrist Fracture in Adults

## Activity Restrictions or Additional Instructions:

Please read all discharge paperwork to ensure proper care of your condition after discharge. Alternate Tylenol and Ibuprofen for aches, pain, fever. Increase clear liquids (water, Gatorade, Pedialyte) for hydration.  Use foods such as brat diet (bananas, rice, applesauce, toast) to reduce GI upset, nausea, vomiting, diarrhea.  Please call PCP and schedule appointment to follow-up within 1 week. Please call PCP and/or return to ED if you having worsening of symptoms, increased pain and/or fever that is not controlled  with Tylenol and/or Ibuprofen.

Keep splint on at all times.  Sling must be in place at all times other than sleep and bathing.  Patient needs to be evaluated by medical staff at jail for neurovascular checks at least every 4 hours.  Patient needs to follow-up in this ED on Friday, 1/20/2023  between the hours of 8 and 9 AM, having nothing to eat or drink after 11 PM on 1/19/2030 per request of Dr. Brackett orthopedics on-call.

## Follow-Ups:

MATTHEW C LAWRENCE has been referred to the following clinics/specialists for follow-up care:

**1. ROGER L TROXEL , MD  Date:**
    4334 E HIGHLAND DRIVE
    STE A
    JONESBORO, AR  72401

Page 2 of 2

**St. Bernards Medical Center**
**225 E Washington   870-207-4100**
**Jonesboro, AR 72401**

Patient: MATTHEW C LAWRENCE
Acct Num: SV0204221360
Med Rec Num: SM07115103
Location: EMERGENCY DEPARTMENT
Primary Provider: FREGO,JONATHAN
Date: 01/18/23

870-802-0012

## Prescriptions:

1. ibuprofen
     600 mg oral three times a day as needed #10 tab
     600 mg
     tablet
     Refills: 0

## Additional Documents Given:

Portal API Information
Additional Discharge Info, ED
Labs (Last Set)/Allergies

## Medication Notification

REMINDER: `

Continue your home medications as you were taking them before your Emergency Department visit today, unless told to change by ED provider.

**St. Bernards**®
**MEDICAL CENTER**
**The Heart of Great Medicine**

Name: MATTHEW C LAWRENCE
Acct Num: SV0204221360
Med Rec Num: SM07115103
Location: EMERGENCY DEPARTMENT
Primary Provider: FREGO,JONATHAN
Date: 01/18/23

# Wrist Fracture in Adults

## WHAT YOU NEED TO KNOW:

A wrist fracture is a break in one or more of the bones in your wrist.



Adult Arm Bones

## DISCHARGE INSTRUCTIONS:

### Return to the emergency department if:
- Your pain gets worse or does not get better after you take pain medicine.

- Your cast or splint breaks, gets wet, or is damaged.

- Your hand or fingers feel numb or cold.

- Your hand or fingers turn white or blue.

- Your splint or cast feels too tight.

St. Bernards®
MEDICAL CENTER
The Heart of Great Medicine

Name: MATTHEW C LAWRENCE
Acct Num: SV0204221360
Med Rec Num: SM07115103
Location: EMERGENCY DEPARTMENT
Primary Provider: FREGO,JONATHAN
Date: 01/18/23

- You have more pain or swelling after the cast or splint is put on.

**Call your doctor if:**
- You have a fever.

- There is a foul smell or blood coming from under the cast.

- You have questions or concerns about your condition or care.

**Medicines:** You **may** need any of the following:
- **Prescription pain medicine** may be given. Ask your healthcare provider how to take this medicine safely. Some prescription pain medicines contain acetaminophen. Do not take other medicines that contain acetaminophen without talking to your healthcare provider. Too much acetaminophen may cause liver damage. Prescription pain medicine may cause constipation. Ask your healthcare provider how to prevent or treat constipation.

- **NSAIDs**, such as ibuprofen, help decrease swelling, pain, and fever. NSAIDs can cause stomach bleeding or kidney problems in certain people. If you take blood thinner medicine, **always** ask your healthcare provider if NSAIDs are safe for you. Always read the medicine label and follow directions.

- **Acetaminophen** decreases pain and fever. It is available without a doctor's order. Ask how much to take and how often to take it. Follow directions. Read the labels of all other medicines you are using to see if they also contain acetaminophen, or ask your doctor or pharmacist. Acetaminophen can cause liver damage if not taken correctly. Do not use more than 4 grams (4,000 milligrams) total of acetaminophen in one day.

- **Take your medicine as directed.** Contact your healthcare provider if you think your medicine is not helping or if you have side effects. Tell him or her if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them.

Name: MATTHEW C LAWRENCE
Acct Num: SV0204221360
Med Rec Num: SM07115103
Location: EMERGENCY DEPARTMENT
Primary Provider: FREGO,JONATHAN
Date: 01/18/23

**St. ernards**®
MEDICAL CENTER
The Heart of Great Medicine

Bring the list or the pill bottles to follow-up visits. Carry your medicine list with you in case of an emergency.

**Self-care:**
- **Rest** as much as possible. Do not play contact sports until the healthcare provider says it is okay.

- **Apply ice** on your wrist for 15 to 20 minutes every hour or as directed. Use an ice pack, or put crushed ice in a plastic bag. Cover it with a towel before you place it on your skin. Ice helps prevent tissue damage and decreases swelling and pain.

- **Elevate** your wrist above the level of your heart as often as possible. This will help decrease swelling and pain. Prop your wrist on pillows or blankets to keep it elevated comfortably.



Elevate Arm

Name: MATTHEW C LAWRENCE
Acct Num: SV0204221360
Med Rec Num: SM07115103
Location: EMERGENCY DEPARTMENT
Primary Provider: FREGO,JONATHAN
Date: 01/18/23

**St. ernards®**
**MEDICAL CENTER**
*The Heart of Great Medicine*

## Cast or splint care:

- You may take a bath or shower as directed. Do **not** let your cast or splint get wet. Before bathing, cover the cast or splint with 2 plastic trash bags. Tape the bags to your skin above the cast or splint to seal out the water. Keep your arm out of the water in case the bag breaks. If a plaster cast gets wet and soft, call your healthcare provider.

- Check the skin around the cast or splint every day. You may put lotion on any red or sore areas.

- Do **not** push down or lean on the cast or brace because it may break.

- Do **not** scratch the skin under the cast by putting a sharp or pointed object inside the cast.

**Go to physical therapy as directed:** You may need physical therapy after your wrist heals and the cast is removed. A physical therapist can teach you exercises to help improve movement and strength and to decrease pain.

**Follow up with your doctor or bone specialist as directed:** You may need to return to have your cast removed. You may also need an x-ray to check how well the bone has healed. Write down your questions so you remember to ask them during your visits.

© Copyright IBM Corporation 2021 Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or IBM Watson Health

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

Mathew Lawrence #0036791
Greene County Detention Center
1809 N. Rockingchair Rd.
Paragould, AR 72450



1 of 3

Legal mail

Pro Se Clerk
United States District Court
600 West Capital Ave., Room A 149
Little Rock, AR 72201