IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MATTHEW CORBETT LAWRENCE
#0036791                                                                                          PLAINTIFF

v.                                        No. 3:23-cv-101-DPM

KEITH BOWERS, Jail Administrator,
Craighead County; MARTY BOYD,
Sheriff, Craighead County;
HANNAH BACHLEITNER,
Head Nurse, Turnkey/Craighead
County Detention Center; and
ROBERT CHRESTMAN,
Correctional Officer, Craighead
County Detention Center                                                                    DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Moore's unopposed recommendation, *Doc. 34*. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Defendants' motion for summary judgment, *Doc. 28*, is granted. Lawrence's amended complaint will be dismissed without prejudice for failure to exhaust.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 May 2024