IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MATTHEW CORBETT LAWRENCE
#0036791                                                                                               PLAINTIFF

v.                                    No. 3:23-cv-101-DPM

KEITH BOWERS, Jail Administrator,
Craighead County;  MARTY BOYD,
Sheriff, Craighead County;
HANNAH BACHLEITNER,
Head Nurse, Turnkey/Craighead
County Detention Center;  and
ROBERT CHRESTMAN,
Correctional Officer, Craighead
County Detention Center                                                                    DEFENDANTS

## JUDGMENT

Lawrence's amended complaint is dismissed without prejudice.

.

_____
D.P. Marshall Jr.
United States District Judge

15 May 2024